UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VALERIE CARRASQUILLO,

    Plaintiff,

v.                                                             Case No: 8:23-cv-410-WFJ-JSS

WALMART, INC., and LIZ CORTES,

    Defendants.
_____/

## **ORDER**

    This matter comes before the Court on Plaintiff Valerie Carrasquillo's Unopposed Motion to Remand for lack of subject matter jurisdiction. Dkt. 14. Although the Motion is unopposed, the Court may not remand a properly removed action without first engaging in an independent review.[1] Upon careful consideration, the Court grants the Motion.

    On January 12, 2022, Plaintiff initiated this action in the Circuit Court of the Twelfth Judicial Circuit, in and for Manatee County, Florida. Dkt. 1-1. Plaintiff's initial complaint against Defendant Walmart, Inc., raised claims of, *inter alia*, discrimination under Title VII of the Civil Rights Act of 1964. *Id.* Walmart

---

[1] *See Elliot v. Bonefish Grill, LLC*, No. 5:18-cv-46 (CAR), 2018 WL 1083472, at *1 (M.D. Ga. Feb. 28, 2018) (citations omitted).

thereafter timely removed the action to this Court under both federal question jurisdiction and diversity jurisdiction. Dkt. 1. Walmart then moved to dismiss Plaintiff's original complaint. Dkt. 9.

In response, Plaintiff filed her Amended Complaint on April 6, 2023. Dkt. 12. Plaintiff's Amended Complaint brings only two claims: Negligent Training, Retention, and Supervision against Walmart (Count I) and Civil Assault and Battery against Liz Cortes, a new individual defendant (Count II). *Id.* Because the Amended Complaint only asserts state law claims and adds a new claim against Cortes, a Florida resident, there no longer exists a basis for federal question jurisdiction and diversity jurisdiction. Accordingly, the Court does not have subject matter jurisdiction and must remand this action.

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Unopposed Motion to Remand (Dkt. 14) is **GRANTED**.

2. The Clerk is directed to **REMAND** this case to the Circuit Court of the Twelfth Judicial Circuit, in and for Manatee County, Florida, and mail a certified copy of this Order to the Clerk of the Twelfth Judicial Circuit.

3. The Clerk shall thereafter close this case.

**DONE AND ORDERED** at Tampa, Florida, on April 12, 2023.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record
Twelfth Judicial Circuit, in and for Manatee County, Florida